

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2014

No. 04-13-00358-CR

Perla Judith **PENA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 12-CRS-440
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

The State's Motion for Extension of Time to File Brief is hereby GRANTED. The State's brief is due June 6, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of May, 2014.

_____
Keith E. Hottle
Clerk of Court